No. 01–667. GAUDELLI *v.* EISNER ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–668. GREENE *v.* IMAGINE ENTERTAINMENT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–669. HAZARD CONTROL TECHNOLOGIES, INC., FKA FUEL BUSTER LABORATORIES, INC. *v.* HAZARD MITIGATION SUPPLY, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–670. HOPE LUTHERAN CHURCH OF HASTINGS, MINNESOTA *v.* SHEPHERD OF THE VALLEY LUTHERAN CHURCH OF HASTINGS, MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 01–671. RIO PETROLEUM, INC. *v.* BROWN. C. A. 5th Cir. Certiorari denied.

No. 01–672. HENSLEY ET AL. *v.* NORTHWEST PERMANENTE P. C. RETIREMENT PLAN AND TRUST ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–675. LEE *v.* MCKENZIE. C. A. 5th Cir. Certiorari denied.

No. 01–676. LOVELL *v.* CLAIBORNE MANOR NURSING HOME, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–686. UNITED HAULERS ASSN., INC., ET AL. *v.* ONEIDA-HERKIMER SOLID WASTE MANAGEMENT AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–693. HIRSCHFELD *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 01–697. YEAMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–700. KIM ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–702. YALOWIZER ET AL. *v.* TOWN OF RANCHESTER ET AL. C. A. 10th Cir. Certiorari denied.